IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICK THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:19-CV-145-WKW |
| ) | |
| SHERIFF DONALD VALENZA, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On May 9, 2019, the Magistrate Judge filed an Recommendation to which no timely objections have been filed. (Doc. # 15.) After an independent review of the record and on consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED without prejudice.

A separate Final Judgment will be entered.

DONE this 3rd day of June, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE